## United States District Court for the Northern District of Illinois

Case Number: 08cv915         Assigned/Issued By: j. n.

Judge Name: andersen         Designated Magistrate Judge: schenkier

### FEE INFORMATION

*Amount Due:*  ☑ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP         ☐ No Fee    ☐ Other _____
              ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                           Receipt #: 2536569

Date Payment Rec'd: 2-13-08                Fiscal Clerk: j. n.

### ISSUANCES

☑ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons       _____
                                           _____
                                           (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

__4__ Original and __0__ copies on __2-13-08__ as to __all defendants__
                                   (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05