## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                          Case Number: **08 C 915**
v.
**CITY OF CHICAGO, ET AL**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**CITY OF CHICAGO**

| |
|---|
| NAME (Type or print)<br>**KIMBERLY D. FAHRBACH** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>**s/ Kimberly D. Fahrbach (ARDC No. 6237042)** |
| FIRM<br>**Dykema Gossett PLLC** |
| STREET ADDRESS<br>**4200 Commerce Crt., Ste. 300** |
| CITY/STATE/ZIP<br>**Lisle, IL 60532** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>ARDC No. 6237042 | TELEPHONE NUMBER<br>(630) 245-0400 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐    NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☒    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>YES ☒    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2008, I electronically filed the foregoing **Notice of Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Blake Wolfe Horwitz
Abbas Badruddin Merchant
Horwitz, Richardson & Baker, LLC
20 S. Clark Street
Suite 500
Chicago, IL 60603
(312) 676-2100
(312) 372-7076 (Fax)

s/Kimberly D. Fahrbach (ARDC No. 3122331)
Kimberly D. Fahrbach