IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAVANCE WHITE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 915 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Judge Wayne R. Andersen |
| | ) | |
| Defendants. | ) | Magistrate Judge Schenkier |

## MOTION FOR EXTENSION OF TIME

Defendant, City of Chicago, by its attorneys, Terrence M. Burns, Dykema Gossett PLLC, and for its motion for a 30 day extension of time to answer or otherwise plead, to and including May 17, 2008. 2007, states as follows:

1. Dykema Gossett PLLC has just been retained and appeared as counsel for the City.

2. This motion is not presented for purposes of delay but to allow counsel to familiarize themselves with the facts of this matter.

3. In addition, undersigned counsel is contacting the individual defendant to schedule meetings with co-defendants, Officer D. Brown, Officer J. Franklin and Officer A. Raymond. An appearance and similar motion for extension of time will be filed for co-defendants, Officer D. Brown, Officer J. Franklin and Officer A. Raymond will be filed after undersigned counsel has the opportunity to meet with them relative to the allegations of plaintiff' Complaint.

4. No prejudice will be suffered by any party as a result of the requested extension.

2

WHEREFORE, defendant City of Chicago, requests a 30 day extension of time to answer or otherwise plead, to and including May 17, 2008, and for any other relief this Court deems appropriate.

| | |
|---|---|
| Dated: April 14, 2008 | Respectfully submitted, |
| | |
| | Terrence M. Burns  (ARDC No. 3122331) |
| Terrence M. Burns | One of the Attorneys for Defendant, |
| Paul A. Michalik | City of Chicago |
| Daniel M. Noland | |
| Kimberly Fahrbach | |
| Dykema Gossett PLLC | |
| 10 South Wacker Drive | |
| Suite 2300 | |
| Chicago, Illinois  60606 | |
| 312.876.1700 | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 14, 2008, I electronically filed the foregoing **Motion for Extension of Time** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Blake Wolfe Horwitz
Abbas Badruddin Merchant
Horwitz, Richardson & Baker, LLC
20 S. Clark Street
Suite 500
Chicago, IL 60603
(312) 676-2100
(312) 372-7076 (Fax)

                                            s/ Terrence M. Burns (ARDC No. 3122331)
                                            Terrence M. Burns