IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAVANCE WHITE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 915 |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Judge Wayne R. Andersen |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To: Blake Wolfe Horwitz
Abbas Badruddin Merchant
Horwitz, Richardson & Baker, LLC
20 S. Clark Street
Suite 500
Chicago, IL 60603

PLEASE TAKE NOTICE that on **April 17, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Wayne R. Andersen or any judge sitting in his stead in Room 1403 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois and shall present **the City of Chicago's Motion for Extension of Time**, a copy of which is attached hereto and hereby served upon you.

Dated: April 14, 2008                                     Respectfully submitted,


                                                          s/ Terrence M. Burns (ARDC No. 3122331)
Terrence M. Burns                                         One of the Attorneys for the City of
Daniel M. Noland                                          Chicago
Paul A. Michalik
Kimberly Fahrbach
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606
312.876.1700
312.627.2302 (facsimile)

## **CERTIFICATE OF SERVICE**

      I, Terrence M. Burns, an attorney, hereby certify that on April 14, 2008 I caused the foregoing **Notice of Motion** to be served by CM/ECF Noticing on the parties listed below:

Blake Wolfe Horwitz
Abbas Badruddin Merchant
Horwitz, Richardson & Baker, LLC
20 S. Clark Street
Suite 500
Chicago, IL 60603
(312) 676-2100
(312) 372-7076 (Fax)

 

                                                s/ Terrence M. Burns (ARDC No. 3122331)
                                                Terrence M. Burns

CHICAGO\2439939.1
ID\TMB