IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAVANCE WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 08 C 915 |
| ) | |
| OFFICER D. BROWN #15887, OFFICER J. ) | Judge Wayne R. Andersen |
| FRANKLIN #15170, OFFICER A. ) | |
| RAYMOND #129, UNKNOWN ) | Magistrate Judge Sidney Schenkier |
| DEFENDANT OFFICERS, and the CITY OF ) | |
| CHICAGO, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   Counsel of Record

   PLEASE TAKE NOTICE that on **Thursday**, **May 29, 2008** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Wayne R. Andersen**, in Room 1403 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Defendant City of Chicago's Motion to Dismiss Plaintiff's Complaint**.

Dated: May 19, 2008                                    Respectfully submitted,

                                                                         s/ Paul A. Michalik
Terrence M. Burns                                       One of the Attorneys for Defendant,
Paul A. Michalik                                            CITY OF CHICAGO
Daniel M. Noland
Kimberly D. Fahrbach
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1700 (telephone)
(312) 876-1155 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Blake Wolfe Horwitz
Amanda Sunshine Yarusso
Erica Faaborg
Horwitz, Richardson & Baker, LLC
20 South Clark Street
Suite 500
Chicago, Illinois  60603
312.676.2100 (telephone)
312.372.7076 (facsimile)
lobh@att.net

                                                s/ Paul A. Michalik
                                                Paul A. Michalik