THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN

| | |
|---|---|
| LAVANCE WHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER D. BROWN #15887, OFFICER J. FRANKLIN #15170, OFFICER A. RAYMOND #129, UNKNOWN DEFENDANT OFFICERS, and the CITY OF CHICAGO,<br><br>    Defendants. | No. 08-cv-915<br><br>JUDGE ANDERSEN |

**NOTICE OF FILING**

I hereby certify that on June 10, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following document:

**REPORT OF CONFERENCE OF PARTIES**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Terrence Michael Burns      tburns@dykema.com
Blake Wolfe Horwitz         bhorwitz@hrbattorneys.com, npeters@hrbattorneys.com, lobh@att.net,npeters@erlaw.net, mpizarro@hrbattorneys.com, mpizarro@erlaw.net
Paul A. Michalik            pmichalik@dykema.com
Daniel Matthew Noland       dnoland@dykema.com,djones@dykema.com
Kimberly D. Fahrbach        kfahrbach@dykema.com
Abbas Badruddin Merchant    amerchant@hrbattorneys.com,lobh@att.net

                            /s/Abbas Merchant
                            One of the Attorneys for Plaintiff

HORWITZ, RICHARDSON & BAKER LLC
Two First National Plaza
20 South Clark St., Suite 500
Chicago, Illinois 60603
(312) 676-2100

1