# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Lavance White

     Plaintiff,

v.           Case No.: 1:08–cv–00915

           Honorable Wayne R. Andersen

D Brown, et al.

      Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 12, 2008:

  MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held and continued to 8/27/2008 at 09:00 AM. All non–retained expert fact discovery is to be completed by 10/30/08. The plaintiff shall disclose experts and submit Rule 26(a)(2) reports by 11/30/08. The defendant shall disclose experts and submit Rule 26(a)(2) reports by 1/11/09. No expert depositions are to be taken before all expert reports are submitted. The depositions of all experts are to be completed by 2/1/09. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.