# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LAVANCE WHITE, <br><br> Plaintiff, <br><br> v. <br><br> OFFICER D. BROWN #15887, OFFICER J. FRANKLIN #15170, OFFICER A. RAYMOND #129, UNKNOWN DEFENDANT OFFICERS, and the CITY OF CHICAGO, <br><br> Defendants. | No. 08-cv-915 <br><br> JUDGE ANDERSEN |

### PLAINTIFF'S AGREED MOTION TO STRIKE BRIEFING SCHEDULE and AGREED MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT, *INSTANTER*

Now Comes Plaintiff, by and through his attorneys, Horwitz, Richardson & Baker, LLC., and moves this Court to Strike the briefing schedule entered on May 29, 2008 and for leave to file an Amended Complaint, *Intstanter*, and state the following in support thereof:

1. Plaintiff filed the instant action on February 13, 2008.

2. On May 19, 2008 Defendants moved to dismiss this action pursuant to FRCP 12(b)(6) and 12(e).

3. This Court entered a briefing schedule on May 29, 2008 requiring Plaintiff to file a responsive brief by June 27, 2008.

4. Plaintiff believes he can cure the defects complained of in Defendants' Motion to Dismiss by filing a First Amended Complaint. (Exhibit A).

5. Plaintiff's counsel has spoken with Defendants' counsel and they do not oppose this motion.

1

2

      WHEREFORE, Plaintiff respectfully requests that this Court strike the briefing schedule entered on May 29, 2008 and grant Plaintiff leave to file a First Amended Complaint, *Instanter*.

Respectfully Submitted,

s/Abbas Merchant
**Horwitz, Richardson, & Baker, LLC.**
*Attorneys for Plaintiffs*
20 S. Clark Street, Suite 500
Chicago, IL  60603
Tel:  (312) 676-2100
Fax:  (312) 372-7076