## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LAVANCE WHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER D. BROWN #15887, OFFICER J. FRANKLIN #15170, OFFICER A. RAYMOND #129, UNKNOWN DEFENDANT OFFICERS, and the CITY OF CHICAGO,<br><br>    Defendants. | No. 08-cv-915<br><br>JUDGE ANDERSEN |

### AMENDED NOTICE OF MOTIONS

On July 3, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Andersen at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached Agreed Motion to Strike Briefing Schedule and Agreed Motion to File an Amended Complaint, *Instanter*.

### CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF MOTIONS, AGREED MOTION TO STRIKE BRIEFING SCHEDULE, AND AGREED MOTION TO FILE AN AMENDED COMPLAINT, *INSTANTER*.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

| | |
|---|---|
| Terrence Michael Burns | tburns@dykema.com |
| Blake Wolfe Horwitz | bhorwitz@hrbattorneys.com, npeters@hrbattorneys.com, lobh@att.net,npeters@erlaw.net, mpizarro@hrbattorneys.com, mpizarro@erlaw.net |
| Paul A. Michalik | pmichalik@dykema.com |
| Daniel Matthew Noland | dnoland@dykema.com,djones@dykema.com |
| Kimberly D. Fahrbach | kfahrbach@dykema.com |
| Abbas Badruddin Merchant | amerchant@hrbattorneys.com,lobh@att.net |

1

<u>s/Abbas Merchant</u>
**Horwitz, Richardson, & Baker, LLC.**
*Attorneys for Plaintiff*
20 S. Clark Street, Suite 500
Chicago, IL  60603
Tel:  (312) 676-2100
Fax:  (312) 372-7076