# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Lavance White
                          Plaintiff,

v.                                          Case No.: 1:08−cv−00915
                                            Honorable Wayne R. Andersen

D Brown, et al.
                          Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 3, 2008:

        MINUTE entry before the Honorable Wayne R. Andersen:Defendant's motion to strike [32] the briefing schedule on the motion to dismiss and to file an amended complaint is granted. The amended complaint shall be filed as a separate document and not as an attachment. Defendant's motion to dismiss [20] plaintiff's complaint is granted. Defendant to answer or otherwise plead to plaintiffs complaint by 8/1/2008. Motion hearing held on both motions. Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.