IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAVANCE WHITE,<br><br>   Plaintiff,<br><br>   v.<br><br>OFFICER D. BROWN #15887, OFFICER J. FRANKLIN #15170, OFFICER A. RAYMOND #129, UNKNOWN DEFENDANT OFFICERS, and the CITY OF CHICAGO,<br><br>   Defendants. | No. 08-cv-915<br><br>JUDGE ANDERSEN |

**NOTICE OF FILING**

I hereby certify that on July 3, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE and PLAINTIFF'S FIRST AMENDED COMPLAINT

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Terrence Michael Burns    tburns@dykema.com
Blake Wolfe Horwitz        bhorwitz@hrbattorneys.com, npeters@hrbattorneys.com, lobh@att.net,npeters@erlaw.net, mpizarro@hrbattorneys.com, mpizarro@erlaw.net
Paul A. Michalik            pmichalik@dykema.com
Daniel Matthew Noland     dnoland@dykema.com,djones@dykema.com
Kimberly D. Fahrbach       kfahrbach@dykema.com
Abbas Badruddin Merchant   amerchant@hrbattorneys.com,lobh@att.net


s/Abbas Merchant
**Horwitz, Richardson, & Baker, LLC.**
*Attorneys for Plaintiff*
20 S. Clark Street, Suite 500
Chicago, IL  60603
Tel:  (312) 676-2100
Fax:  (312) 372-7076

1