A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAVANCE WHITE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 915 |
| ) | |
| OFFICER D. BROWN #15887, OFFICER J. ) | JUDGE Wayne R. Andersen |
| FRANKLIN #15170, OFFICER A. ) | |
| RAYMOND #129, UNKNOWN ) | |
| DEFENDANT OFFICERS, and CITY OF ) | |
| CHICAGO, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION TO ENTRY OF JUDGMENT
AGAINST DEFENDANT CITY OF CHICAGO**

Defendant City of Chicago hereby stipulates to the following:

1. Plaintiff LaVance White has filed a Complaint against the individual defendant police officers and the City of Chicago. Plaintiff's Complaint ("Complaint") includes various claims brought under federal and state law.

2. In plaintiff's Complaint, plaintiff claims that the individual defendant Chicago police officers violated his constitutional rights as a direct result of various policies, practices, and customs of the City of Chicago. Hence, plaintiff has brought various *Monell* claims against the City.[1] In plaintiff's Complaint, he seeks a judgment against the City for damages caused by the alleged violations of his rights under the Constitution.

3. Without admitting plaintiff's *Monell* allegations in his Complaint, the City agrees to entry of judgment against the City for compensatory damages and, to the extent allowed by the Court, reasonable attorneys fees pursuant to 42 U.S.C. §1988, if and only if the finder of fact in this case finds that any City employee violated plaintiff's constitutional rights as alleged in his

---

[1] See *Monell v. Department of Social Services of City of New York*, 436 U.S. 658 (1978).

Complaint. The entry of any judgment against the City pursuant to this stipulation is accepted by the City only to the extent that the judgment is affirmed after any post-trial motions and/or an appeal if an appeal is taken.

                                              Respectfully submitted,

                                              /s/ Daniel M. Noland

Terrence M. Burns                   One of the Attorneys for Defendant,
Paul A. Michalik                     City of Chicago
Daniel M. Noland
Kimberly Fahrbach
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
(312) 876-1700

2