IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAVANCE WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 08 C 915 |
| ) | |
| OFFICER D. BROWN #15887, OFFICER J. ) | Judge Wayne R. Andersen |
| FRANKLIN #15170, OFFICER A. ) | |
| RAYMOND #129, UNKNOWN ) | Magistrate Judge Sidney Schenkier |
| DEFENDANT OFFICERS, and the CITY OF ) | |
| CHICAGO, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:  Counsel of Record

     PLEASE TAKE NOTICE that on **Thursday**, **July 17, 2008** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Wayne R. Andersen**, in Room 1403 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Defendant City of Chicago's Unopposed Motion to Bifurcate §1983 Claims and to Stay Discovery and Trial on Those Claims**.

Dated:  July 11, 2008                                    Respectfully submitted,


                                                                                               s/ Daniel M. Noland
Terrence M. Burns                                        One of the Attorneys for Defendant,
Paul A. Michalik                                         CITY OF CHICAGO
Daniel M. Noland
Kimberly D. Fahrbach
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1700 (telephone)
(312) 876-1155 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Blake Wolfe Horwitz
Abbas Merchant
Erica Faaborg
Horwitz, Richardson & Baker, LLC
20 South Clark Street
Suite 500
Chicago, Illinois  60603
312.676.2100 (telephone)
312.372.7076 (facsimile)
lobh@att.net

                s/ Daniel M. Noland
                 Daneil M. Noland

CHICAGO\2468464.1
ID\DMN