IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAVANCE WHITE, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>OFFICER D. BROWN #15887, OFFICER J. )<br>FRANKLIN #15170, OFFICER A. )<br>RAYMOND #129, UNKNOWN )<br>DEFENDANT OFFICERS, and the CITY OF )<br>CHICAGO, )<br>)<br>    Defendants. ) | Case No.: 08 C 915<br><br>Judge Wayne R. Andersen<br><br>Magistrate Judge Sidney Schenkier |

**NOTICE OF MOTION**

TO:    Counsel of Record

    PLEASE TAKE NOTICE that on **Tuesday**, **July 22, 2008** at **8:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Sidney Schenkier**, in Room 1700 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Defendants Agreed Motion for Entry of Protective Order**.

Dated: July 16, 2008                                    Respectfully submitted,

                                                                                    s/ Daniel M. Noland

Terrence M. Burns                                One of the Attorneys for Defendants
Paul A. Michalik
Daniel M. Noland
Kimberly D. Fahrbach
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1700 (telephone)
(312) 876-1155 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Blake Wolfe Horwitz
Abbas Merchant
Erica Faaborg
Horwitz, Richardson & Baker, LLC
20 South Clark Street
Suite 500
Chicago, Illinois  60603
312.676.2100 (telephone)
312.372.7076 (facsimile)
lobh@att.net

                                                                            s/ Daniel M. Noland
                                                                             Daneil M. Noland

CHICAGO\2468464.2
ID\DMN