Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 08 C 915 | **DATE** | 7/17/2008 |
| **CASE TITLE** | White vs. Brown, et al. | | |

**DOCKET ENTRY TEXT**

Agreed motion for entry of protective order (doc. # 40) is granted; no appearance on the motion is required. Enter Qualified HIPPA and Confidential Matter Protective Order (attached), as amended by the Court at paragraph B(3).

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|