IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAVANCE WHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER D. BROWN #15887, OFFICER J. FRANKLIN #15170, OFFICER A. RAYMOND #129, UNKNOWN DEFENDANT OFFICERS, and the CITY OF CHICAGO,<br><br>    Defendants. | No. 08-CV-915<br><br>JUDGE ANDERSEN<br><br>MAGISTRATE JUDGE SCHENKIER |

## NOTICE OF MOTION

On September 4, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Andersen, Courtroom 1403 at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached motion.

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF MOTION AND MOTION TO STRIKE

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Terrence Michael Burns    tburns@dykema.com

Kimberly D. Fahrbach    kfahrbach@dykema.com

Blake Wolfe Horwitz    bhorwitz@hrbattorneys.com, lobh@att.net, mpizarro@erlaw.net, mpizarro@hrbattorneys.com, ovirola@hrbattorneys.com

Abbas Badruddin Merchant    amerchant@hrbattorneys.com

Paul A. Michalik    pmichalik@dykema.com

1

2

Daniel Matthew Noland    dnoland@dykema.com, hbarhorst@dykema.com, mavitia@dykema.com

                                                s/ Amanda S. Yarusso
                                                Amanda S. Yarusso
                                                HORWITZ, RICHARDSON & BAKER, LLC
                                                20 South Clark St., Suite 500
                                                Chicago, IL  60603
                                                Tel: 312-676-2100
                                                Fax: 312-372-7076
                                                ayarusso@hrbattorneys.com