# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Lavance White

                Plaintiff,

v.                                                Case No.: 1:08–cv–00915
                                                 Honorable Wayne R. Andersen

D Brown, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2008:

      MINUTE entry before the Honorable Wayne R. Andersen:Plaintiff's motion to strike and for relief [50] is entered and briefed as follows: Replies due by 9/12/2008. Ruling will be made by mail.Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.